AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| Guardian Retention Systems, LLC<br>116 Cabin Creek Drive<br>Brooks, KY 40109<br>*Plaintiff(s)*<br>v.<br>E.L. Waid, LLC, Best Flood Barriers, LLC,<br>Sentinel Barriers, LLC and Big Seawall Supply LLC<br>*Defendant(s)* | Civil Action No. 3:26-cv-686-GNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Best Flood Barriers, LLC
11600 Court of Palms #402
Ft. Myers, FL 33908

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert J. Theuerkauf/Brian P. McGraw/Megan E. Gibson/Jason H. Raff
Gray Ice Higdon, PLLC
3939 Shelbyville Road, Suite 201
Louisville, KY 40207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/3/2026

*Signature of Clerk or Deputy Clerk*

United States District Court
Western District of Kentucky

Civil Action No. 3:26-cv-686-GNS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: